Ge BAO; Qinheng Yang, Shanghai, China, et al., Appellants,

v.

Peng LI, Leading Standing Committee Member, et al., Appellees.

No. 00–7290.

United States Court of Appeals, District of Columbia Circuit.

March 1, 2002.

Before HENDERSON, RANDOLPH, and ROGERS, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs and arguments by counsel. It is

ORDERED that the judgment from which this appeal has been taken be affirmed substantially for the reasons stated in the district court's memorandum opinion of August 28, 2000.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.